**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DANIEL DECLEMENTS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TANGOME, INC., a Delaware corporation,<br><br>Defendant. | No. 5:17-CV-04922-LHK<br><br>[PROPOSED] **ORDER OF DISMISSAL** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this action is dismissed in its entirety, with prejudice as to the named Plaintiff Daniel DeClements, and without prejudice as to the putative class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorney fees. The Clerk shall close the file.

Dated this  March 21, 2018

*Lucy H. Koh*

Hon. Lucy H. Koh
United States District Judge

[PROPOSED] ORDER                                                              CASE NO. 5: 17-cv-4922-LHK